440 A.2d 1238

Commonwealth v. Black, Appellant.

Argued January 6, 1981. Robert J. O'Shea, Jr., Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision in this case.